# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIG BEINGS USA PTY LTD AND LB ONLINE & EXPORT PTY LTD (D/B/A LOVE TO DREAM ONLINE AND EXPORTS),<br><br>Plaintiffs,<br><br>v.<br><br>NESTED BEAN, INC.<br>Defendant. | Civil Action No. _____<br><br>**COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

Plaintiffs, Big Beings USA PTY Ltd ("BB USA") and LB Online & Export PTY Ltd (d/b/a Love to Dream Online and Exports ("Love to Dream")), by and through their undersigned counsel, bring this Complaint for infringement of United States Patent No. 9,179,711 ("the '711 Patent", Exhibit A) seeking damages and injunctive relief arising under 35 U.S.C. § 1 et seq. against Defendant, Nested Bean, Inc. ("Nested Bean"), alleging and stating as follows:

## JURISDICTION AND VENUE

1. This is an action for infringement of the '711 Patent") arising under 35 U.S.C. § 271, 281, 283, 284, and 285, as hereinafter more fully appears. A true and correct copy of the '711 Patent is attached as Exhibit A. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

2. This Court has general and specific personal jurisdiction over Nested Bean under the due process provisions of the United States and the Commonwealth of Massachusetts. Nested Bean resides in the state of Massachusetts and has a regular and established place of business in Massachusetts, including operating its office in this judicial district.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(b) because Nested Bean is incorporated in the Commonwealth of Massachusetts, resides in and maintains a physical presence, and infringes on the '711 Patent in this judicial district.

## THE PARTIES

4.      BB USA is a proprietary company incorporated under the laws of Australia, with principal offices located at East Village, Level 3, 2-4 Defries Avenue, Zetland, New South Wales 2017, Australia.  BB USA is the assignee of all rights and title to the '711 Patent, including the rights to sue for and recover damages and other relief for past, present and future infringements of the '711 Patent.

5.      Love to Dream is a proprietary company incorporated under the laws of Australia, with principal offices located at East Village, Level 3, 2-4 Defries Avenue, Zetland, New South Wales 2017, Australia.  Love to Dream holds the exclusive license from BB USA in the United States to BB USA's Swaddle Technology, including but not limited to rights regarding the '711 Patent. These rights to the '711 Patent include the rights to sue for and recover damages and other relief for past, present and future infringements of the '711 Patent. Love to Dream manufactures and sells in the United States a commercial embodiment of the '711 Patent. Love to Dream marks its swaddling products with the '711 Patent Number in accordance with U.S. Patent laws.

6.      Nested Bean is a baby product company that sells sleepwear and blankets for infants and toddlers.  Nested Bean is a Massachusetts for profit corporation with its principal place of business at 131 Coolidge St, Suite 102, Hudson, MA 01749.  Nested Bean may be served through its registered agent as follows: Manasi Gangan, Nested Bean, Inc., 131 Coolidge St, Suite 102, Hudson, MA 01749.

## THE ASSERTED PATENT

7. The '711 Patent lawfully issued on November 10, 2015.

8. The '711 Patent has eighteen claims including two independent claims (i.e., independent claims one and two) directed to swaddling suits and methods for swaddling an infant.

## COUNT I.

## INFRINGEMENT OF THE '711 PATENT

9. Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1-8 inclusive, and incorporate them herein by reference.

10. Nested Bean manufactures and sells baby swaddling products, including but not limited to its "Zen One Convertible Swaddle" product (hereafter referred to as "Infringing Products"), which infringes one or more claims of the '711 Patent.

11. On information and belief, Nested Bean has and continues to, without license from Plaintiffs, infringe the '711 patent under 35 U.S.C. § 271(a), by making, using, offering to sell and/or selling Nested Bean's Infringing Products to consumers.

12. Plaintiffs have analyzed Nested Bean's Infringing Products in view of the '711 Patent and the Infringing Products infringe each and every element of at least independent claims one and two of the '711 Patent, either literally or through the doctrine of equivalents.

13. Attached as Exhibit B, and incorporated herein by reference, is an infringement chart setting forth how Nested Bean infringes at least claims one and two of the '711 Patent in violation of 35 U.S.C. § 271, *et seq.* The "Zen One Convertible Swaddle" product meets each and every element of at least claims one and two of the '711 Patent. This chart is exemplary and

does not limit the infringement claims to exclude infringement of other claims including claims that depend upon claims one and two.

14.  As a result of Nested Bean's infringements, Plaintiffs have been, are being, and, unless such acts and practices are enjoined by the Court, will continue to be injured in Plaintiffs' business and property rights, and have suffered, are suffering, and will continue to suffer injury and damages for which Plaintiffs are entitled to relief under 35 U.S.C. §284 adequate to compensate for such infringement, but in no case less than a reasonable royalty. Plaintiffs are entitled to lost profits, reasonable royalties, and a permanent injunction.

15.  As a direct and proximate consequence of the acts and practices of Nested Bean, Nested Bean has also caused, is causing and, unless such acts and practices are enjoined by the Court, will continue to cause irreparable harm to Plaintiffs, for which Plaintiffs are entitled to preliminary and permanent injunctive relief under 35 U.S.C. §283.

## COUNT II.

## UNJUST ENRICHMENT

16.  Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1-15 inclusive, and incorporate them herein by reference.

17.  As a result of the conduct of Nested Bean as described above, and unless the relief sought in this Complaint is granted, Nested Bean will unjustly benefit from and be unjustly enriched by, its own intentional and wrongful acts.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Big Beings USA PTY Ltd and LB Online & Export PTY Ltd (d/b/a Love to Dream Online and Exports) respectfully request the Court to enter judgment against Defendant Nested Bean, Inc. as follows:

A. That Nested Bean has directly infringed, infringes, and will infringe, one or more claims of the '711 Patent;

B. That Nested Bean be ordered to pay damages adequate to compensate Plaintiffs for Nested Bean's infringement of the '711 Patent including lost profits, but in no event less than a reasonable royalty, together with prejudgment and post-judgment interest thereon;

C. That Nested Bean be ordered to account for any post-verdict infringement;

D. That the Court enhance the damages up to three times to the extent the facts show Nested Bean's willful infringement;

E. That this case be declared exceptional under 35 U.S.C. § 285 and that Plaintiffs be awarded its reasonable attorneys' fees, costs, and expenses; and

F. That a preliminary and permanent injunction, including permanent withdrawal of all infringing stock, be entered against any future infringements by Nested Bean of the '711 Patent.

G. That Plaintiffs be granted such other and additional relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand a jury trial as to all issues so triable.

| | |
|---|---|
| Dated: January 17, 2020. | /s/ *Robert R. Lucic* |

Robert R. Lucic (BBO # 677494)
**Sheehan Phinney Bass & Green, P.A.**
28 State Street, 22nd Floor
Boston, MA 02109
Phone: 603.627.8188
Fax: 617.439.9363
Email: rlucic@sheehan.com

Peter A. Nieves
**Sheehan Phinney Bass & Green, P.A.**
1000 Elm Street, 17th Floor
Manchester, NH 03101
Phone: 603.627.8134
Fax: 603.641.2353
pnieves@sheehan.com
*application for admission pro hac vice forthcoming*

Douglas R. Kertscher (GA Bar No. 416265)
John L. North (GA Bar No. 545580)
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile: (770) 953-1358
Email: drk@hkw-law.com
        jln@hkw-law.com
*application for admission pro hac vice forthcoming*

*Attorneys for Plaintiffs Big Beings USA PTY Ltd and LB Online & Export PTY Ltd (d/b/a Love to Dream Online and Exports)*