IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIG BEINGS USA PTY LTD AND LB ONLINE & EXPORT PTY LTD d/b/a LOVE TO DREAM ONLINE AND EXPORTS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NESTED BEAN, INC.,<br><br>　　　　Defendant. | No. 1:20-cv-10101-IT |

**JOINT STATUS REPORT**

COME NOW Plaintiffs Big Beings Pty Ltd and LB Online & Export Pty Ltd d/b/a Love to Dream Online and Exports ("LTD") and Defendant Nested Bean, Inc. ("Nested Bean") (sometimes together the "Parties") and submit this joint status report.

The Parties have not been able to reach agreement on the form of a stipulated judgment and have a fundamental disagreement regarding the most efficient way to move this case forward. The parties agree that LTD cannot prove direct infringement based on the Court's claim construction. The parties dispute whether there are any other claims left in the case.

LTD seeks a judgment in Defendant's favor on the case as pled (i.e., direct infringement claims) so as to commence an appeal and stay all other proceedings in this Court. LTD requests that the parties have to and through December 4 for each of them to file brief of no more than ten pages outlining their position regarding the most efficient way to move the case forward. (This accounts for the fact that Thanksgiving is next week.) LTD also requests that the Court allow for response briefs of no more than five pages to be filed no later than December 11.

1

Nested Bean is not in favor of the additional briefing requested by LTD.  Instead, Nested Bean requests a status conference with the Court to discuss the next steps, including a briefing schedule for a motion for summary judgment.


*/s/  John L. North*
Douglas R. Kertscher (*pro hac vice*)
John L. North (*pro hac vice*)
**HILL, KERTSCHER & WHARTON, LLP**
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile: (770) 953-1358
Email: drk@hkw-law.com
jln@hkw-law.com

***Attorneys for Plaintiffs Big Beings USA PTY Ltd and  LB Online & Export PTY Ltd (d/b/a Love to Dream Online and Exports)***

*/s/ Craig R. Smith*
Craig R. Smith (BBO No. 636,723)
Eric P. Carnevale (BBO No. 677,210)
Peter J. Evangelatos (BBO No. 706,281)
**LANDO & ANASTASI, LLP**
60 State Street, 23rd Floor
Boston, MA 02109
Tel:  (617) 395-7000
Fax:  (617) 395-7070
Email:  csmith@lalaw.com
           ecarnevale@lalaw.com
           pevangelatos@lalaw.com

***Attorneys for Defendant Nested Bean, Inc.***

**CERTIFICATE OF SERVICE**

    I certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants.

                                                */s/ John L. North*
                                                John L. North