## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIG BEINGS USA PTY LTD AND LB ONLINE & EXPORT PTY LTD d/b/a LOVE TO DREAM ONLINE AND EXPORTS,<br><br>        Plaintiffs,<br><br>    v.<br><br>NESTED BEAN, INC.,<br><br>        Defendant. | No. 1:20-cv-10101-IT |

## NOTICE OF DECISION IN RELATED MATTER

Defendant Nested Bean, Inc. ("Nested Bean") respectfully submits the attached *Institution Decision* of the Patent Trial and Appeal Board, in the proceedings styled *Nested Bean, Inc. v. Big Beings USA Pty Ltd.,* IPR2020-01234 (P.T.A.B.), instituting *inter partes* review of all claims of the patent-in-suit: U.S. Patent No. 9,179,711.  This institution decision was entered on January 25, 2021.

Dated: February 3, 2021

Respectfully submitted,

By:   /s/ *Craig R. Smith*
      Craig R. Smith (BBO No. 636,723)
      Eric P. Carnevale (BBO No. 677,210)
      **LANDO & ANASTASI, LLP**
      60 State Street, 23rd Floor
      Boston, MA 02109
      Tel:  (617) 395-7000
      Fax:  (617)-395-7070
      Email:  csmith@lalaw.com
                  ecarnevale@lalaw.com

***Attorneys for Defendant Nested Bean, Inc.***

2

## CERTIFICATE OF SERVICE

I certify that on February 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants. Any other counsel of record will receive the foregoing via e-mail in PDF format.

*/s/ Eric P. Carnevale*
Eric P. Carnevale